428 A.2d 700

McNichol et al. v. Reichman, Appellant.

Argued September 10, 1979. Kristin Defert, for appellant; John S. Halsted, for appellees.

Before CERCONE, P. J., and WATKINS and LIPEZ, JJ.

Order affirmed.